**Order entered January 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-18-01472-CR
_____

**CLAUDIO CASTRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F17-75758-H**

_____

## ORDER

When appellant filed his December 3, 2018 notice of appeal of the trial court's September 2017 judgment, we questioned whether we had jurisdiction over the appeal. In response, appellant filed a copy of the Texas Court of Criminal Appeals' October 31, 2018 opinion which granted him an out-of-time appeal. In light of this, we concluded we had jurisdiction over the appeal.

We **DIRECT** the Clerk of the Court to transfer the clerk's record from the appeal in cause no. 05-17-01326-CR into the above appeal. The reporter's record is due January 25, 2019.


/s/     LANA MYERS
        JUSTICE